VERNON C. GOINS II (SBN 195461)
VERONICA H. GARCIA (SBN 215216)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:     (510) 893-9465
Facsimile:     (510) 893-4228

Attorneys for Plaintiff
LEROY TYLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  4:10-cv-03415PJH<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

It is hereby stipulated by and between  Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendant, PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" and Veronica H.

Garcia, Esq. of Goins & Associates PLC, counsel for Plaintiff LEROY TYLER, that Plaintiff has an additional 10 days to file his First Amended Complaint. The First Amended Complaint will now be due on January 31, 2011. Moreover, pursuant to the Court's order dated December 22, 2010, Plaintiff's First Amended Complaint will not contain any new parties and/or causes of action.

IT IS SO STIPULATED.

Dated: January 20, 2011                GOINS & ASSOCIATES PLC

By: /s/ Veronica H. Garcia (as authorized on 1/20/2011)
Veronica H. Garcia, Esq.
Attorney for Plaintiff
LEROY TYLER

Dated:  January 20, 2011               WOLFE & WYMAN, LLP

By: /s/ Joshua M. Bryan (as authorized on 1/20/2011)
Joshua M. Bryan
Attorney for Defendant
PNC BANK, NATIONAL ASSOCIATION

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation granting Plaintiff a ten day extension to file his First Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Plaintiff's First Amended Complaint must be filed with the Court no later than January 31, 2011.

IT IS SO ORDERED.

Dated: 1/21/11

JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*