**Stuart B. Wolfe (SBN 156471)**
**Joshua M. Bryan (SBN 225230)**
**jmbryan@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION,**
**as successor by merger to National City**
**Bank, previously doing business as "National**
**City Mortgage" (named as "National City**
**Mortgage Co.")**

## UNITES STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 4:10-cv-03415 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　January 27, 2011<br>Time:　2:00 p.m.<br>Place:　Courtroom 3, 3rd Floor |

　　　It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.") and Veronica H. Garcia, Esq. of Goins & Associates PLC, counsel for Plaintiff LEROY TYLER, that the Case Management Conference currently scheduled for January 27, 2011 at 2:00 p.m., be continued to April 14, 2011 at 2:00 p.m., or the next available date which is convenient to the Court.

///

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
W:\National City Bank (1264.002)\259 (Tyler)\Pleadings\Stip-prop Ord to Continue CMC.doc

IT IS SO STIPULATED.

DATED: January 21, 2011                    WOLFE & WYMAN LLP


                                           By: /s/ Joshua M. Bryan
                                               STUART B. WOLFE
                                               JOSHUA M. BRYAN
                                           **Attorneys for Defendant**
                                           **PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank**

DATED: January 21, 2011                    GOINS & ASSOCIATES PLC


                                           By: /s/ Veronica H. Garcia
                                               VERONICA H. GARCIA
                                           **Attorney for Plaintiff**
                                           **LEROY TYLER**


## [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for January 27, 2011 at 2:00 p.m., is hereby continued to  April 7, 2011  .

IT IS SO ORDERED.

Dated: 1/24/11                             _____
                                           Hon. Phyllis J. Hamilton
                                           JUDGE OF THE UNITED STATES DISTRICT
                                           COURT, NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*