Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION,
as successor by merger to National City
Bank, previously doing business as "National
City Mortgage" (named as "National City
Mortgage Co.")

## UNITES STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LEROY TYLER, an individual, | Case No.: 4:10-cv-03415 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive, | |
| Defendants. | |

It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.") ("PNC") and Veronica H. Garcia, Esq. of Goins & Associates PLC, counsel for Plaintiff LEROY TYLER ("Plaintiff"), that PNC's deadline to respond to the First Amended Complaint is hereby extended two weeks, so that PNC shall have up to and including February 28, 2011 in which to file a response to the First Amended Complaint.

///

IT IS SO STIPULATED.

DATED:  February 10, 2011                WOLFE & WYMAN LLP


By:  /s/ Joshua M. Bryan
STUART B. WOLFE
JOSHUA M. BRYAN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank**

DATED:  February 10, 2011                GOINS & ASSOCIATES PLC


By:  /s/ Veronica H. Garcia
VERONICA H. GARCIA
**Attorney for Plaintiff**
**LEROY TYLER**

### [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation to extend time to file a response to the First Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Defendant PNC shall have up to and including February 28, 2011 in which to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: 2/14/11



Hon. Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT
COURT, NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
W:\National City Bank (1264.002)\259 (Tyler)\Pleadings\Stip-prop Ord ExtTimeToResp.doc