1 | Stuart B. Wolfe (SBN 156471)
2 | Marcus T. Brown (SBN 255662)
  | mtbrown@wolfewyman.com
3 | WOLFE & WYMAN LLP
  | 2175 N. California Blvd., Suite 645
4 | Walnut Creek, California 94596-3502
  | Telephone:  (925) 280-0004
5 | Facsimile:  (925) 280-0005

6 | Attorneys for Defendant
  | PNC BANK, NATIONAL ASSOCIATION,
7 | as successor by merger to National City
  | Bank, previously doing business as "National
8 | City Mortgage" (named as "National City
  | Mortgage Co.")

**UNITES STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| LEROY TYLER, an individual, | Case No.: 4:10-cv-03415 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive, | Date:  April 7, 2011<br>Time:  2:00 p.m.<br>Place: Courtroom 3, 3rd Floor |
| Defendants. | |

It is hereby stipulated by and between Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.") and Plaintiff LEROY TYLER, that, in light of the pending motion to dismiss that is set to be heard on April 20, 2011, the Case

///
///
///
///

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
W:\National City Bank (1264.002)\259 (Tyler)\Pleadings\Stip-prop Ord to Continue CMC.DOC

Management Conference currently scheduled for April 7, 2011, at 2:00 p.m., shall be continued to May 19, 2011 at 2:00 p.m., or the next available date which is convenient to the Court.

IT IS SO STIPULATED.

DATED: April 4, 2011                          WOLFE & WYMAN LLP


By: */s/ Marcus T. Brown*
    STUART B. WOLFE
    MARCUS T. BROWN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank**

DATED: April 4, 2011                          GOINS & ASSOCIATES PLC


By: */s/ Veronica H. Garcia*
    VERONICA H. GARCIA
**Attorney for Plaintiff**
**LEROY TYLER**


### [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for April 7, 2011 at 2:00 p.m., is hereby continued to May 26, 2011.

IT IS SO ORDERED.

Dated: 4/4/11

_____
Hon. Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
W:\National City Bank (1264.002)\259 (Tyler)\Pleadings\Stip-prop Ord to Continue CMC.DOC