VERNON C. GOINS II (SBN 195461)
VERONICA H. GARCIA (SBN 215216)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:   (510) 663-3700
Facsimile:   (510) 663-3710

Attorneys for Plaintiff
LEROY TYLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY TYLER, an individual, | Case No. 4:10-cv-03415PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| NATIONAL CITY MORTGAGE CO. et al. | |
| Defendants. | |

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation granting Plaintiff a ten-day extension to file his Second Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Plaintiff's Second Amended Complaint must be filed with the Court by no later than May 21, 2011.

**IT IS SO ORDERED.**

Dated: 5/12/11    _____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*