Stuart B. Wolfe (SBN 156471)
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION,
as successor by merger to National City
Bank, previously doing business as "National
City Mortgage" (named as "National City
Mortgage Co.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEROY TYLER, an individual, | Case No.: 4:10-cv-03415 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive, | Date:   May 26, 2011<br>Time:   2:00 p.m.<br>Place:  Courtroom 3, 3rd Floor |
| Defendants. | |

It is hereby stipulated by and between Defendant PNC BANK, NATIONAL

ASSOCIATION, as successor by merger to National City Bank, previously doing business as

"National City Mortgage" (named as "National City Mortgage Co.") ("PNC") and Plaintiff LEROY

TYLER ("Plaintiff"), that, given Plaintiff has yet to file a second amended complaint following the

last motion to dismiss, and the case is otherwise not at issue, the Case Management Conference

///

///

1
**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
W:\National City Bank (1264.002)\259 (Tyler)\Pleadings\Stip & PO Cont CMC_5.26.11.DOC

currently scheduled for May 26, 2011, at 2:00 p.m., shall be continued to July 28, 2011 at 2:00 p.m., or the next available date which is convenient to the Court.

IT IS SO STIPULATED.

DATED: May 16, 2011                WOLFE & WYMAN LLP

By: /s/ *Marcus T. Brown*
   STUART B. WOLFE
   MARCUS T. BROWN
   **Attorneys for Defendant
   PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.")**

DATED: May 16, 2011                GOINS & ASSOCIATES PLC

By: /s/ *Veronica H. Garcia (approval given)*
   VERNON C. GOINS II
   VERONICA H. GARCIA
   **Attorneys for Plaintiff
   LEROY TYLER**

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for May 26, 2011 at 2:00 p.m., is hereby continued to July 28, 2011.

IT IS SO ORDERED.

Dated: May 18, 2011

_____
Hon. Phyllis J. Hamilton
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*