```
VERNON C. GOINS II (SBN 195461)
VERONICA H. GARCIA (SBN 215216)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:    (510) 663-3700
Facsimile:    (510) 663-3710

Attorneys for Plaintiff
LEROY TYLER
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY TYLER, an individual, | Case No. 4:10-cv-03415PJH |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive, | |
| Defendants. | |

*(Side margin: Goins & Associates PLC, 1330 Broadway, Suite 1530, Oakland, California 94612, Tel. (510) 663-3700; Fax (510) 663-3710)*

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation granting Plaintiff an extension until July 15, 2011 to file his Second Amended Complaint, while settlement discussions are had, and granting Defendant the right to demand the filing of the Second Amended Complaint with 7 days notice to Plaintiff, and Good Cause appearing therefore, makes the following Order:

Plaintiff's Second Amended Complaint must be filed with the Court no later than July 15, 2011, unless, in the meantime, Defendant files and serves a demand that Plaintiff file the Second Amended Complaint, in which case Plaintiff's deadline to file a Second Amended Complaint shall be 7 days following the filing and service of the demand.

IT IS SO ORDERED.

Dated: 5/23/11



_____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton