VERNON C. GOINS II (SBN 195461)
VERONICA H. GARCIA (SBN 215216)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:     (510) 663-3700
Facsimile:     (510) 663-3710

Attorneys for Plaintiff
LEROY TYLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No.  4:10-cv-03415PJH<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE |

[PROPOSED] ORDER
Tyler v. National City Mortgage Co. et al.
(United States District Court, Northern District of California)

880912.1

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation granting Plaintiff an extension until August 15, 2011 to file his Second Amended Complaint, while settlement discussions are had, granting Defendant the right to demand the filing of the Second Amended Complaint with 7 days notice to Plaintiff, and continuing the case management conference to September 8, 2011, or another date thereafter, and Good Cause appearing therefore, makes the following Order:

Plaintiff's Second Amended Complaint must be filed with the Court no later than August 15, 2011, unless, in the meantime, Defendant files and serves a demand that Plaintiff file the Second Amended Complaint, in which case Plaintiff's deadline to file a Second Amended Complaint shall be 7 days following the filing and service of the demand.

The case management conference currently scheduled for July 28, 2011, is hereby continued to _____September 8_____, 2011, at _____2:00 p.m._____m. in Courtroom 3, 3rd Floor, of the Court, located at 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: 7/19/11



JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER
Tyler v. National City Mortgage Co. et al.
(United States District Court, Northern District of California)

880912.1