1  Stuart B. Wolfe (SBN 156471)
   sbwolfe@wolfewyman.com
2  Marcus T. Brown (SBN 255662)
   mtbrown@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone: (925) 280-0004
5  Facsimile: (925) 280-0005

6  Attorneys for Defendant
   PNC BANK, NATIONAL ASSOCIATION, as successor
7  by merger to National City Bank, previously doing
   business as "National City Mortgage" (named as
8  "National City Mortgage Co.")

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

13 LEROY TYLER, an individual,              Case No.: 4:10-cv-03415 PJH

14         Plaintiff,

15    v.                                    STIPULATION AND [PROPOSED]
                                            ORDER EXTENDING TIME TO FILE A
16 NATIONAL CITY MORTGAGE CO., an Ohio      SECOND AMENDED COMPLAINT AND
   corporation; U.S. BANCORP, a Minnesota   CONTINUING CASE MANAGEMENT
17 corporation; all persons unknown, claiming any   CONFERENCE
   legal or equitable right, title, estate, lien, or interests
18 in the Subject Property adverse to Plaintiff's title,   Current CMC
   or any cloud on Plaintiff's title to the Subject    Date:   September 8, 2011
19 Property; and DOES 1 through 25, inclusive,    Time:   2:00 p.m.
                                            Place:  Courtroom 3, 3rd Floor
20         Defendants.

22         COME NOW Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by

23 merger to National City Bank, previously doing business as "National City Mortgage" (named as

24 "National City Mortgage Co.") ("Defendant" and/or "PNC") and Plaintiff LEROY TYLER

25 ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

26         WHEREAS, the Court scheduled a case management conference for September 8, 2011;

27         WHEREAS, Plaintiff will be filing his second amended complaint ("SAC") by September 2,

28 2011; and

                                    1
          STIPULATION AND ORDER EXTENDING TIME AND CONTINUING CMC

907331.1

|   |   |
|---|---|
| 1 | WHEREAS, the Defendants' time to respond to an SAC will not expire before the case management conference as currently scheduled, and the case will not be at issue at that time or otherwise ripe for case management; |

WHEREAS, the Defendants' time to respond to an SAC will not expire before the case management conference as currently scheduled, and the case will not be at issue at that time or otherwise ripe for case management;

NOW, THEREFORE, the Parties stipulate and agree that Plaintiff's time to file a SAC shall be extended to September 2, 2011, and the Court's case management conference shall be continued thirty (30) days, to October 10, 2011, or another date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

DATED: August 31, 2011     WOLFE & WYMAN LLP

By: /s/ Marcus T. Brown  SBN 255662
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.")**

DATED: August 31, 2011     GOINS & ASSOCIATES PLC

By: /s/ Veronica H. Garcia
VERNON C. GOINS II
VERONICA H. GARCIA
**Attorneys for Plaintiff**
**LEROY TYLER**

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation Extending Time to File a Second Amended Complaint and Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for September 8, 2011 at 2:00 p.m., is hereby continued to __October 13, 2011__, and Plaintiff shall have up to and including September 2, 2011, to file a second amended complaint.

IT IS SO ORDERED.

Dated: __September 2__, 2011

JUDGE OF THE U.S. DIS...



IT IS SO ORDERED
Judge Phyllis J. Hamilton