Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION, as successor
by merger to National City Bank, previously doing
business as "National City Mortgage" (named as
"National City Mortgage Co.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:10-cv-03415 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Current CMC<br>Date:　September 8, 2011<br>Time:　2:00 p.m.<br>Place:　Courtroom 3, 3rd Floor |

　　　　COME NOW Defendant PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.") ("Defendant" and/or "PNC") and Plaintiff LEROY TYLER ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

　　　　WHEREAS, the Court scheduled a case management conference for September 8, 2011;

　　　　WHEREAS, Plaintiff will be filing his second amended complaint ("SAC") by September 2, 2011; and

1
STIPULATION AND ORDER EXTENDING TIME AND CONTINUING CMC

907331.1

WHEREAS, the Defendants' time to respond to an SAC will not expire before the case management conference as currently scheduled, and the case will not be at issue at that time or otherwise ripe for case management;

NOW, THEREFORE, the Parties stipulate and agree that Plaintiff's time to file a SAC shall be extended to September 2, 2011, and the Court's case management conference shall be continued thirty (30) days, to October 10, 2011, or another date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

DATED:  August 31, 2011          WOLFE & WYMAN LLP

By: /s/ Marcus T. Brown  SBN 255662
STUART B. WOLFE
MARCUS T. BROWN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.")**

DATED:  August 31, 2011          GOINS & ASSOCIATES PLC

By: /s/ Veronica H. Garcia
VERNON C. GOINS II
VERONICA H. GARCIA
**Attorneys for Plaintiff**
**LEROY TYLER**

# [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation Extending Time to File a Second Amended Complaint and Continuing Case Management Conference, and Good Cause appearing therefore, makes the following Order:

The Case Management Conference currently scheduled for September 8, 2011 at 2:00 p.m., is hereby continued to __October 13, 2011__, and Plaintiff shall have up to and including September 2, 2011, to file a second amended complaint.

IT IS SO ORDERED.

Dated: __September 2__, 2011

_____
JUDGE OF THE U.S. DIS


IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND ORDER EXTENDING TIME AND CONTINUING CMC