VERNON C. GOINS II (SBN 195461)
VERONICA H. GARCIA (SBN 215216)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:   (510) 663-3700
Facsimile:   (510) 663-3710

Attorneys for Plaintiff
LEROY TYLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.  4:10-cv-03415PJH<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND CONTINUING THE CASE MANAGEMENT CONFERENCE |

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation granting Plaintiff an extension until October 14, 2011 to file his opposition to Defendant's Motion to Dismiss, and extending Defendant's time to reply to Plaintiff's opposition until October 21, 2011, and continuing the case management conference to November 9, 2011, or another date thereafter, and Good Cause appearing therefore, makes the following Order:

Plaintiff's opposition must be filed with the Court no later than October 14, 2011. Defendant's reply to said opposition must be filed with the Court no later than October 21, 2011. The case management conference currently scheduled for October 13, 2011, is hereby continued to January 5, 2012, ~~2011~~, at 2:00 p.m. m. in Courtroom 3, 3rd Floor, of the Court, located at 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: 10/3/11

JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Goins & Associates PLC
1330 Broadway, Suite 1530, Oakland, California 94612
Tel. (510) 663-3700; Fax (510) 663-3710