Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Marcus T. Brown (SBN 255662)
*mtbrown@wolfewyman.com*
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION, as successor
by merger to National City Bank, previously doing
business as "National City Mortgage" (named as
"National City Mortgage Co."); U.S. BANK, N.A.,
(erroneously sued as "U.S. Bancorp")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LEROY TYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., an Ohio corporation; U.S. BANCORP, a Minnesota corporation; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interests in the Subject Property adverse to Plaintiff's title, or any cloud on Plaintiff's title to the Subject Property; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 4:10-cv-03415 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: January 5, 2012<br>Time: 1:00 p.m.<br>Place: Courtroom 3, 3rd Floor |

Plaintiff and Defendants PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.") ("PNC") and U.S. BANK, N.A. (erroneously sued as "U.S. Bancorp") hereby stipulate as follows and request that the court enter the proposed order set forth below.

WHEREAS, the court scheduled a case management conference for January 5, 2012;

WHEREAS, the court has since granted Defendants' motion to dismiss Plaintiff's second amended complaint; ordered PNC to notify the court no later than January 17, 2012, regarding the

1
**STIPULATION AND ORDER CONTINUING CMC**

possibility of a loan modification; and deferred its ruling on whether to grant Plaintiff further leave to amend until after PNC provides this notification; and

WHEREAS, the case will not be at issue or otherwise ripe for case management by the time of the case management conference,

NOW, THEREFORE, the parties stipulate and agree that case management conference shall be continued to February 1, 2012, or another date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

DATED: December 28, 2011          WOLFE & WYMAN LLP

By: /s/ Marcus T. Brown  SBN 255662
    STUART B. WOLFE
    MARCUS T. BROWN
**Attorneys for Defendant**
**PNC BANK, NATIONAL ASSOCIATION, as successor by merger to National City Bank, previously doing business as "National City Mortgage" (named as "National City Mortgage Co.")**

DATED: December 28, 2011          GOINS & ASSOCIATES PLC

By: /s/ Veronica H. Garcia
    VERNON C. GOINS II
    VERONICA H. GARCIA
**Attorneys for Plaintiff**
**LEROY TYLER**

### ORDER

Based upon the foregoing stipulation and good cause appearing, the court ORDERS that the case management conference currently scheduled for January 5, 2012, at 1:00 p.m., is hereby continued to   February 2  , 2012.

IT IS SO ORDERED.

Dated:  1/3/12

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2
**STIPULATION AND ORDER CONTINUING CMC**

962373.1